STATE OF CONNECTICUT *v.* RUDOLPH WRIGHT

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before March 4, 1975.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued February 4—decided February 4, 1975

WESTCHESTER FEDERAL SAVINGS AND LOAN ASSOCIATION *v.* HYDE PARK COMPANY ET AL.

Upon stipulation of the parties, it is ordered that the appeal of the defendants Henry A. Singer et al. dated October 31, 1974, having been withdrawn, the defendant Hyde Park Company, on or before February 20, 1975, withdraw its appeal dated November 21, 1974, leaving as the record on appeal here only the appeal of the defendants Singer et al. dated November 29, 1974, and filed December 2, 1974, and the cross appeal of the defendant Hyde Park Company dated and filed December 11, 1974.

*Melvin L. Bloomenthal,* for the appellants-appellees (defendants Singer et al.).

*William M. Ivler,* for the appellee-appellant (defendant Hyde Park Company).

Argued February 4—decided February 4, 1975

MILTON B. HOLLANDER ET AL. *v.* WARREN D. ANDERSON ET AL.

No one having appeared to press the defendants' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford, the motion is dismissed.

Decided February 4, 1975